

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00571-CV

**IN THE INTEREST OF S.A.**, a Child

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA02285
Honorable Richard Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order of termination is AFFIRMED.

We order that no costs be assessed against appellant Mother because she is indigent.

SIGNED January 24, 2018.

_____
Marialyn Barnard, Justice